

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00146-CV

**HENRY ANDREW HANSEN, II, M.D.**
**AND CENTRAL TEXAS VEIN CENTER, P.A.,**

                                                    **Appellants**

 **v.**

**MARCEL E. LECHIN, M.D.**
**AND MARIO A. LAMMOGLIA, M.D.,**

                                                    **Appellees**


_____


**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 10-002885-CVA-85**


## MEMORANDUM  OPINION


Appellants, Henry Andrew Hansen, II M.D. and Central Texas Vein Center, P.A.

and Appellees, Marcel E. Lechin, M.D., and Mario Lammoglia, M.D. filed a joint motion

to dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).   The motion states that the parties

have settled their dispute.  Dismissal of this appeal would not prevent a party from

seeking relief to which it would otherwise be entitled.  The motion is granted, and the

appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed November 7, 2013
[CV06]